UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROSE MARIE DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 5:21-cv-01476-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 23), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,808.64 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 17, 2022

_____
JOHN D. EARLY
United States Magistrate Judge